# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| TOBIN, BRIAN | § § § | Case No. 15-42430 |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 183,850.00                  Assets Exempt: 15,688.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,963.03    Claims Discharged
                                              Without Payment: 24,294.70

Total Expenses of Administration: 2,536.97

---

3) Total gross receipts of $ 4,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 4,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,536.97 | 2,536.97 | 2,536.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 26,257.73 | 26,257.73 | 1,963.03 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 28,794.70 | $ 28,794.70 | $ 4,500.00 |

4) This case was originally filed under chapter 7 on 12/16/2015 . The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2019        By:/s/JOSEPH E. COHEN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 Income Tax Refund Federal: $9,120 State: $763 | 1224-000 | 4,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 1,125.00 | 1,125.00 | 1,125.00 |
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 15.28 | 15.28 | 15.28 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 2.69 | 2.69 | 2.69 |
| ASSOCIATED BANK | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL, ATTORNEYS | 3110-000 | NA | 902.67 | 902.67 | 902.67 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH E. COHEN | 3110-000 | NA | 451.33 | 451.33 | 451.33 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,536.97 | $ 2,536.97 | $ 2,536.97 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | 7100-000 | NA | 16,809.57 | 16,809.57 | 1,256.68 |
| 000002 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 9,448.16 | 9,448.16 | 706.35 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 26,257.73 | $ 26,257.73 | $ 1,963.03 |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-42430 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | TOBIN, BRIAN | Date Filed (f) or Converted (c): 12/16/15 (f) |
| | | 341(a) Meeting Date: 02/04/16 |
| For Period Ending: | 01/14/19 | Claims Bar Date: 03/16/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 28629 W. Ravine Drive Barrington, Illinois 60010 ( | 182,000.00 | 0.00 | | 0.00 | FA |
| 2. (2001 Chevrolet Venture with aprox. 150,000 miles) | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. General and ordinary household goods and furnishin | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5. Checking account at JP Morgan Chase | 200.00 | 0.00 | | 0.00 | FA |
| 6. Savings account at BMO Harris | 650.00 | 0.00 | | 0.00 | FA |
| 7. 401(K) through employer | 6,524.00 | 0.00 | | 0.00 | FA |
| 8. 2015 Income Tax RefundFederal: $9,120 State: $763 (u) | 9,883.00 | 0.00 | | 4,500.00 | FA |
| 9. Child support due and owing to debtor | 2,664.00 | 0.00 | | 0.00 | FA |
| 10. Term life insurance through Unum Life Ins. Company | 0.00 | 0.00 | | 0.00 | FA |
| 11. Term life insurance through Hartford No cash surre | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $205,421.00 | $0.00 | | $4,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTOR HAS NO ADDITIONAL FUNDS. TRUSTEE TO PREPARE HIS TFR AND RELATED DOCUMENTS - 4/29/18. TRUSTEE HAS PREPARED MOTION TO COMPROMISE - 1/9/2018. TRUSTEE FILING A MOTION TO COMPROMISE - 6/28/17. TRUSTEE FILED A MOTION FOR TURNOVER OF TAX REFUND AND BANK BALANCES FROM DEBTOR; MOTION SET FOR 1/6/17 - 1/10/1⌐. NO CHANGE -10/31/16. TRUSTEE HAS MADE DEMAND TO DEBTOR FOR TURNOVER OF REFUND AND BANK BALANCES - 7/30/16. TRUSTEE HAS REQUESTED ADDITIONAL RECORDS FROM DEBTOR - 4/30/16.

Initial Projected Date of Final Report (TFR): 06/30/17    Current Projected Date of Final Report (TFR): 03/31/18

LFORM1

Ver: 21.00a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-42430 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | TOBIN, BRIAN | Bank Name: | UNKNOWN BANK |
| | | Account Number / CD #: | *******0396 Checking Account |
| Taxpayer ID No: | *******5812 | | |
| For Period Ending: | 01/14/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/11/17 | 8 | Brian Tobin | Tax refund | 1224-000 | 4,500.00 | | 4,500.00 |
| | | | Income tax refund | | | | |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,490.00 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,480.00 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,470.00 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,460.00 |
| 06/06/18 | 300001 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 2.69 | 4,457.31 |
| * 10/26/18 | 300002 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | | | 1,140.28 | 3,317.03 |
| | | | Fees         1,125.00 | 2100-003 | | | |
| | | | Expenses        15.28 | 2200-003 | | | |
| * 10/26/18 | 300003 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-003 | | 902.67 | 2,414.36 |
| * 10/26/18 | 300004 | JOSEPH E. COHEN<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-003 | | 451.33 | 1,963.03 |
| * 10/26/18 | 300005 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 7.47598% | 7100-003 | | 1,256.68 | 706.35 |
| * 10/26/18 | 300006 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>POB 41067 | Claim 000002, Payment 7.47606% | 7100-003 | | 706.35 | 0.00 |
| | | | Page Subtotals | | 4,500.00 | 4,500.00 | |

Ver: 21.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-42430 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | TOBIN, BRIAN | Bank Name: | UNKNOWN BANK |
| | | Account Number / CD #: | *******0396 Checking Account |
| Taxpayer ID No: | *******5812 | | |
| For Period Ending: | 01/14/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/29/18 | 300002 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602<br>Norfolk, VA 23541 | Trustee Fees<br>Check replaced due to toner cartridge issue.<br><br>Fees ( 1,125.00 )<br>Expenses ( 15.28 ) | <br><br><br>2100-003<br>2200-003 | | -1,140.28 | 1,140.28 |
| * 10/29/18 | 300003 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees<br>Check replaced due to toner cartridge issue. | 3110-003 | | -902.67 | 2,042.95 |
| * 10/29/18 | 300004 | JOSEPH E. COHEN<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees<br>Check replaced due to toner cartridge issue. | 3110-003 | | -451.33 | 2,494.28 |
| * 10/29/18 | 300005 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 7.47598% | 7100-003 | | -1,256.68 | 3,750.96 |
| * 10/29/18 | 300006 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>POB 41067<br>Norfolk, VA 23541 | Claim 000002, Payment 7.47606%<br>Check replaced due to toner cartridge issue. | 7100-003 | | -706.35 | 4,457.31 |
| 10/29/18 | 300007 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees<br><br>Fees 1,125.00<br>Expenses 15.28 | <br><br><br>2100-000<br>2200-000 | | 1,140.28 | 3,317.03 |
| 10/29/18 | 300008 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 902.67 | 2,414.36 |
| 10/29/18 | 300009 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 451.33 | 1,963.03 |

Page Subtotals     0.00     -1,963.03

Ver: 21.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 15-42430 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | TOBIN, BRIAN | Bank Name: | UNKNOWN BANK |
| | | Account Number / CD #: | *******0396  Checking Account |
| Taxpayer ID No: | *******5812 | | |
| For Period Ending: | 01/14/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/18 | 300010 | 105 West Madison Street<br>Chicago, IL 60602<br>Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 7.47598%<br>Check replaced due to toner cartridge issue. | 7100-000 | | 1,256.68 | 706.35 |
| 10/29/18 | 300011 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>POB 41067<br>Norfolk, VA 23541 | Claim 000002, Payment 7.47606% | 7100-000 | | 706.35 | 0.00 |

```
                                                   COLUMN TOTALS                        4,500.00       4,500.00              0.00
                                            Less:  Bank Transfers/CD's                      0.00           0.00
                                                   Subtotal                             4,500.00       4,500.00
                                            Less:  Payments to Debtors                                     0.00
                                                   Net                                  4,500.00       4,500.00
```

Page Subtotals          0.00          1,963.03

Ver: 21.00a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-42430 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | TOBIN, BRIAN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0066 Checking Account |
| Taxpayer ID No: | *******5812 | | |
| For Period Ending: | 01/14/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0396 | 4,500.00 | 4,500.00 | 0.00 |
| Checking Account - ********0066 | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,500.00 | 4,500.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 21.00a